**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00060-CV

### PATRICK DAUS, Appellant

### V.

### MARIA DAUS, ET AL., Appellees

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-10283**

## ORDER

We **GRANT** appellant's July 26, 2013 unopposed motion for an extension of time to file a single reply brief. Appellant's reply brief will be due twenty days after appellee Maria Daus files her brief.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE